UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT H. HOFFMAN, SR.                              CIVIL ACTION

VERSUS                                              NUMBER: 09-3452

CHRIS RUSSELL, ET AL.                               SECTION: "I"(5)


O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motions to dismiss are granted and that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claims are dismissed with prejudice and that his state law claims are

dismissed without prejudice.

New Orleans, Louisiana, this 25th day of June, 2010.

/s/ Lance M. Africk
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE